GERALD SINGLETON, State Bar No. 208783
SINGLETON LAW FIRM, APC
560 N. Coast Hwy 101, Suite 4A
Encinitas, California  92024
Tel:   (760) 697-1330
Fax:   (760) 697-1329
Email:  gerald@geraldsingleton.com

BRYAN W. PEASE, State Bar No. 239139
LAW OFFICES OF BRYAN W. PEASE
1901 First Avenue, Suite 219
San Diego, CA  92101
Tel:  (619) 723-0369
Fax: (619) 923-1001
Email:  bryanpease@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CARBONE, JEAN GEDDES, and JILL RYTHER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, LAPD OFFICER AVALOS, LAPD OFFICER WILLIAMS, LAPD OFFICER VON LUTZOW, CHIEF CHARLIE BECK, SHRINERS INTERNATIONAL, INC., a Florida corporation, EL BEKAL SHRINERS, a California corporation; AL MALAIKAH AUDITORIUM COMPANY, a California corporation; DAVID WEHMEYER, | Case No.: CV-13-07493-AJW<br><br>**NOTICE OF ERRATA** |

1 | an individual, and DOES 1-50 inclusive.
2 |
3 |         Defendants.
4 |
5 | TO THE COURT AND ALL PARTIES:
6 |     PLEASE TAKE NOTICE that Docket #33, NOTICE OF DISMISSAL OF EL BEKAL SHRINERS, was erroneously filed under the wrong heading. The document has been re-filed as Docket #34 under the proper heading as dismissing only one party from the action, and not all defendants.

                        Respectfully Submitted,

                        SINGLETON LAW FIRM
                        LAW OFFICES OF BRYAN PEASE

Dated: December 17, 2013        By:   */s/ Bryan Pease*
                        GERALD SINGLETON
                        BRYAN PEASE
                        Attorneys for Petitioners

## CERTIFICATE OF SERVICE

    I, Bryan Pease, am over the age of 18 years and not a party to this action. My business address is 1901 First Ave., Suite 219, San Diego, CA 92101. On Dec. 2, 2013, I caused the foregoing **NOTICE OF ERRATA** to be served on all parties who have appeared in this action, through the Court's electronic filing system.

Dated: Dec. 17, 2013             By:   /s/ Bryan Pease
                           Bryan Pease