JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISSA CARBONE, JEAN GEDDES and JILL RYTHER,<br><br>                 Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, et al. and DOES 1-50 inclusive.<br><br>                 Defendants. | CASE NO.: CV13-07493 AJW<br>Assigned to: *Magistrate Andrew J. Wistrich*<br>Courtroom: Roybal 690<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

    Based on the stipulation of the parties and GOOD CAUSE appearing therefore,

    IT IS HEREBY ORDERED that the above-entitled action against Defendant CITY OF LOS ANGELES is dismissed, with prejudice, in its entirety. Each party to bear their own costs and fees.

    IT IS SO ORDERED.

DATED: August 24, 2016

_____
HONORABLE ANDREW J. WISTRICH
USDC MAGISTRATE JUDGE

1